U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT (CIP)

Williams, et al. *vs.* Galardi   Appeal No. 21-13696

11th Cir. R. 26.1-1(a) (enclosed) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

(*please type or print legibly*):

Brodsky, Howard attorney for Appellant

Butler, Thomas attorney for Appellant Parker

Cannon, Aileen U.S. Dist. Ct Judge

Dudley, Ainsworth attorney for Appellants

Gabbe, Astrid attorney for Appellants

Galardi, Teri Appellee

Johnson, Jocelyn Appellant

Otazo-Reyes, Alicia U.S. Magistrate Judge

Parker, Jammie Appellent

Tobin, Gerald attorney for Appellee

Williams, Shakir Appellant

Rev.: 12/19