Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 21-13696

| Caption: | |
|---|---|
| Williams, et al. | District and Division: S. Dist. of FL. Ft. Pierce Division |
| | Name of Judge: CANNON |
| vs. | Nature of Suit: FL Min Wage Act |
| | Date Complaint Filed: 08/04/2020 |
| Galardi | District Court Docket Number: 20cv23230 |
| | Date Notice of Appeal Filed: 10/21/21 |
| | ☐ Cross Appeal  ☐ Class Action |
| | Has this matter previously been before this court? |
| | ☐ Yes  ☑ No |
| | If Yes, provide |
| | (a) Caption: _____ |
| | (b) Citation: _____ |
| | (c) Docket Number: _____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Astrid Gabbe | P.O. Box 4216<br>Hollywood, FL, 33083 | 954-303-9882 t.<br>954-303-1041 f.<br>astridgabbe@gmail.com |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Gerald J. Tobin | 4551 PONCE DE LEON BLVD<br>CORAL GABLES, FL 33146 | Telephone: (305) 858-9020<br>Facsimile: (305) 858-6097<br>geraldtobinpa@aol.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐ Federal Question<br>☑ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☑ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$ 800,000<br>Amount Sought by Defendant:<br>$ 0<br>Awarded:<br>$ 0<br>to n/a<br>Injunctions:<br>☐ TRO<br>☐ Preliminary  ☐ Granted<br>☐ Permanent    ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☑ Yes  ☐ No

    If Yes, provide
    (a) Case Name/Statute  McKelvey v. AT & T Technologies, Inc., 789 F.2d 1518, 1520 (11th Cir.1986)
    (b) Citation _____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?  ☑ Yes  ☐ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☑ Yes  ☐ No

    If Yes, provide
    (a) Case Name  Parker vs. Galardi
    (b) Citation _____
    (c) Docket Number if unreported  21-13608
    (d) Court or Agency  11th Circuit

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
    (b) Among circuits?  ☐ Yes  ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

whether the district court considered a lesser sanction then dismisall with prejudice before entering the final order of dismissal.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  22nd  DAY OF  November , 2021 .

/s/ Astrid E. Gabbe, Esq.
NAME OF COUNSEL (Print)

/s/ Astrid E. Gabbe, Esq.
SIGNATURE OF COUNSEL