CASE NO. 21-13696

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

SHAKIR WILLIAMS,

Plaintiff/Appellant,

v.

TERI GALARDI,

Defendant/Appellee.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**APPELLEE TERI GALARDI'S STATUS REPORT**

GERALD J. TOBIN

**GERALD TOBIN P.A.**

4551 PONCE DE LEON BLVD.

CORAL GABLES, FL 33146

(305)858-9020

ATTORNEY FOR APPELLEE

1

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Parker vs. Galardi Appeal No. 21-14090

Appellee, Teri Galardi, files this her Certificate of Interested Persons and

Corporate Disclosure Statement, listing the parties and entities interested in this appeal as required by 11th Cir. R. 26.1-1(a).
Brewer, Ameera
Brodsky, Howard, Esq.
Butler, Thomas, Esq.
Cannon, Aileen, United States District Judge Dudley, Ainsworth, Esq.
Gabbe, Astrid, Esq.
Galardi, Teri
Johnson, Jocelyn
Mayfield, Ebony
Mays, Rasheedah
Milner, Angela
Otazo-Reyes, Alicia, United States Magistrate Judge Parker, Jammie
Thompson, Tiffany
Tobin, Gerald, Esq. Williams, Marleka Williams, Shakir

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on this 27 day of April 2023, I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record listed in the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

**GERALD J. TOBIN, P.A.**
4551 Ponce de Leon Blvd. Coral Gables, FL 33146 (305)-858-9020 – Telephone (305)-858-6097 – Facsimile geraldtobinpa@aol.com
/s/ *GERALD TOBIN* GERALD J. TOBIN, ESQ. F.B.N.: 81536
*Counsel for the Appellee*

## STATUS REPORT

Appellee, Teri G. Galardi, hereby files this her Status Report regarding Appellee's filing of a Chapter 11 bankruptcy petition on January 12, 2022, in Case No. 22- 50035, *In re: Teri G. Galardi*, in the U.S. Bankruptcy Court for the Middle District of Georgia and the Appellee's filing of her Notice of Bankruptcy and Automatic Stay in this case and states as follows:

1. Pursuant to this Court's Order rendered on February 1st, 2022 the status of the Appellee's bankruptcy case as identified above is that it is still pending and the automatic stay remains in place.

## CERTIFICATE OF COMPLIANCE

I certify that this status report complies with the type-volume limitation set forth in FRAP 32(g). This status report contains 471 words.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11 day of November 10, 2022, I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record listed in the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

**GERALD J. TOBIN, P.A.**
4551 Ponce de Leon Blvd.
Coral Gables, FL 33146
(305)-858-9020 – Telephone
(305)-858-6097 – Facsimile
geraldtobinpa@aol.com
/s/ *GERALD TOBIN*
 GERALD J. TOBIN, ESQ.
F.B.N.: 81536

**SERVICE LIST**
Thomas Butler, Esq.
Thomas Butler, P.A.
407 Lincoln Rd.,
Suite 235
Miami Beach, Florid 33139
Phone(877)847-1896

*Counsel for the Appellant*
*Counsel for the Appellee*

4